IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:23-CV-00132-KDB-SCR

| | |
|---|---|
| RANDALL HUFFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| COMMSCOPE, INC. OF NORTH ) | |
| CAROLINA, et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Raina C. Borrelli]" (Doc. No. 8) filed August 29, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: August 29, 2023

Susan C. Rodriguez
United States Magistrate Judge