# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:23-CV-00132-KDB-SCR

| | |
|---|---|
| RANDALL HUFFMAN, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) | **ORDER** |
| COMMSCOPE, INC. OF NORTH )<br>CAROLINA, et. al., )<br>)<br>Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Gavin Reinke]" (Doc. No. 21) filed February 27, 2024. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

Signed: February 27, 2024

**SO ORDERED**.

_____
Susan C. Rodriguez
United States Magistrate Judge