UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| RANDALL HUFFMAN and BRYAN QUERRY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMSCOPE, INC. OF NORTH CAROLINA, and COMMSCOPE HOLDING COMPANY, INC.;<br><br>Defendants. | Case No. 5:23-cv-132-KDB-SCR<br><br>Judge Kenneth D. Bell<br><br>Magistrate Judge Susan C. Rodriguez |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs Randall Huffman and Brian Querry, individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Grant final approval to the settlement described in the "Settlement Agreement" between Plaintiffs and CommScope, Inc. of North Carolina and CommScope Holding Company, Inc., (Collectively, "Defendants" or "CommScope") as fair, reasonable, and adequate;

2. Finally certify the Settlement Class pursuant to Rule 23;

3. Finally approve the appointment of Plaintiffs as Class Representatives;

4. Finally approve the appointment of Raina C. Borrelli of Strauss Borrelli PLLC as Class Counsel;

5. Grant Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards filed on June 3, 2024 (ECF 30);

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; (3) the Settlement Agreement; (4) the Preliminary Approval Order (ECF 27); (5) the [Proposed] Final Approval Order and Judgment; (6) the records, pleadings, and papers filed in this action; and (7) such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion on July 23, 2024.

For the reasons described in Plaintiffs' memorandum of law in support of this motion, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order and proposed Judgment.

Dated: July 9, 2024
By: */s/ Raina C. Borrelli*
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Joel R. Rhine, NC Bar No. 16028
Ruth A. Sheehan, NC Bar No. 48069
Elise H. Wilson, NC Bar No. 60366
RHINE LAW FIRM, P.C.
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062
Phone: (910) 772-9960
jrr@rhinelawfirm.com
ras@rhinelawfirm.com
ehw@rhinelawfirm.com

*Class Counsel and Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Raina C. Borrelli, hereby certify that on July 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 9th day of July, 2024.

                              TURKE & STRAUSS LLP

                              By:  */s/ Raina C. Borrelli*
                                     Raina C. Borrelli
                                     STRAUSS BORRELLI PLLC
                                     One Magnificent Mile
                                     980 N. Michigan Avenue, Suite 1610
                                     Chicago IL, 60611
                                     Telephone: (872) 263-1100
                                     Facsimile: (872) 263-1109
                                     raina@straussborrelli.com